# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>DOUGLAS GORDON PATTERSON (17),<br><br>                   Defendant. | CASE NO. 11CR3937-BEN<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offenses as charged in the Indictment:

TITLE 21 U.S.C § 841(a)(1)and 846; TITLE 21 U.S.C. §853;

TITLE 21 U.S.C § 841(a)(1); TITLE 18 U.S.C. §2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 20, 2013

                                               Hon. Roger T. Benitez
                                               U.S. District Judge